UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **WALBERTO HERNANDEZ REYES**<br><br>**Plaintiff**<br><br>v.<br><br>**CT RADIOLOGY COMPLEX, LLC**<br>**Defendants** | Case No. .: 3:21-cv-01372 SCC |

**MOTION FOR VOLUNTARY DISMISSAL WITH PERJUDICE**

Pursuant to Fed. R. Civ. P. 41 (a), Plaintiff Walberto Hernandez Reyes moves to dismiss the instant complaint as to Defendant CT Radiology Complex, LLC WITH PREJUDICE on account to settlement agreement.

**I HEREBY CERTIFY THAT** I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn will send notification of such filing to all attorneys of record.

**RESPECTFULLY SUBMITTED**,

DATED: June 3, 2022.

                                        **VELEZ LAW GROUP LLC**
                                        **CIVIL RIGHTS DIVISION**

                                        S/JOSE CARLOS VELEZ-COLÓN, ESQ.
                                        USDC-PR NO.: 231014
                                        VLG@VELEZLAWGROUP.COM
                                        421 AVE MUÑOZ RIVERA #205
                                        SAN JUAN PR
                                        TEL: (787) 254-8267

                                                    Attorney for Plaintiff