IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

WALBERTO HERNÁNDEZ REYES,

   Plaintiff,

           v.

CT RADIOLOGY COMPLEX, LLC,

   Defendant.

CIV. NO.: 21-1372 (SCC)

## JUDGMENT

In view of the Motion of Voluntary Dismissal at Docket No. 29 and the Court's Order at Docket No. 30 granting the same, this case is hereby dismissed with prejudice with each party to bear its own costs and attorney's fees.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7th day of June 2022.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT COURT JUDGE